UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL TAYLOR,<br><br>        Petitioner,<br><br>    v.<br><br>LARRY SCRIBNER,<br><br>        Respondent. | CASE NO. CV 11-5796-AHS (PJW)<br><br>ORDER TO SHOW CAUSE WHY PETITION<br>SHOULD NOT BE DISMISSED |

On July 14, 2011, Petitioner filed a Petition for Writ of Habeas Corpus, seeking to challenge his September 2000 state court convictions for first degree murder and attempted robbery. (Petition at 2.) In the Petition, he claims that there was insufficient evidence to support his convictions; his trial and appellate counsel provided constitutionally ineffective assistance; he was subjected to prosecutorial misconduct, police misconduct, and vindictive prosecution; and the trial court violated his right to a fair trial. (Petition at 5-46.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of

limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction became final in May 2004--90 days after the state supreme court denied review and the time expired for him to file a petition for writ of certiorari with the United States Supreme Court. *See Bowen v. Roe*, 188 F.3d 1157, 1158-59 (9th Cir. 1999). Therefore, the statute of limitations expired one year later, in May 2005. *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001). Petitioner, however, did not file this Petition until July 2011, more than six years after the deadline.

IT IS THEREFORE ORDERED that, no later than **August 25, 2011**, Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice because it is barred by the statute of limitations. Failure to timely file a response will result in a recommendation that this case be dismissed.

DATED: <u>July 25, 2011</u>.

/s/ Patrick J. Walsh
_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\TAYLOR, S 5796\OSC dismiss pet.wpd

2