UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL TAYLOR,<br><br>        Petitioner,<br><br>    v.<br><br>LARRY SCRIBNER,<br><br>        Respondent. | CASE NO. CV 11-5796-AHS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 4, 2012

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV, 11-5796 Judgment.wpd